Rev. 3/19

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

Maurice Anthony Brown - 359167
*Plaintiff's full name and prisoner number*

Plaintiff,

v.

James Key - Super, of AHCC

MGR - Mc Intyre        , of AHcc

Dean Mason - Super , of Wcc
*Defendant's/defendants' full name(s)*

See Attached

Defendant(s).

(If you cannot fit all of the defendants' names
in the space provided, please write "see
attached" in the space above and attach
additional sheets of paper, as necessary, with
the full list of names.  The names listed here
must be identical to those in Section II.  Do not
include addresses here.  **Individuals whose
names are not included in this section will
not be considered defendants in this action.**)

Case No. 2:22-CV-00828-LK-JRC
(leave blank -- for court staff only)

**PRISONER CIVIL RIGHTS
COMPLAINT**

Jury Demand?
☒ Yes
☐ No

## WARNINGS

1.      Do not use this form if you are challenging the validity of your criminal conviction or
your criminal sentence.  If you are challenging your conviction or sentence, or if you are seeking
restoration of good-time credits that would shorten your sentence, you must file a Petition for
Writ of Habeas Corpus.  If you use this form to challenge your conviction or sentence, you risk
having your claim dismissed.  Separate forms are available for filing a habeas petition.

2.      Under the Prison Litigation Reform Act ("PLRA"), you are required to exhaust all
remedies in your institution's grievance system that are available to you before filing suit.  This
generally means that you must file a grievance and, if it is denied, appeal it through all available
levels of review.  Your case may be dismissed if you fail to exhaust administrative remedies,
unless the administrative grievance process was not "available" to you within the meaning of the
PLRA.  You are not required to plead or show that you have exhausted your claim in this
complaint.

Page 1 of 9

one of 39 total pages

3.    Please review your complaint carefully before filing.  If your case is dismissed, it may affect your ability to file future civil actions while incarcerated without prepaying the full filing fee.  Under the PLRA, a prisoner who has had three or more civil actions or appeals dismissed as frivolous, malicious, or for failure to state a claim cannot file a new action without first paying the full filing fee, unless the prisoner is in imminent danger of serious bodily injury.

4.    Under Federal Rule of Civil Procedure 5.2, papers filed with the court, including exhibits or attachments to a complaint, <u>may not</u> contain certain information, which must be modified as follows:

Do <u>not</u> include:

- a full social security number
- a full birth date
- the full name of a minor
- a complete financial account number

Instead, use:

→ the last four digits
→ the birth year
→ the minor's initials
→ the last four digits

5.    You may, but do not need to, send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.  Any documents you submit *must relate directly to the claims you raise in this lawsuit*.  They will become part of the court record and *will not be returned to you*.

---

# I.    PLAINTIFF INFORMATION

Brown     Maurice     A.                                    Tony
Name (Last, First, MI)                                      Aliases/Former Names

359167
Prisoner ID #

Monroe correctional complex, MSU
Place of Detention

P.O. Box 7001
Institutional Address

Monroe              Washington       98272
County, City              State              Zip Code

*Indicate your status:*

☐    Pretrial detainee
☐    Civilly committed detainee
☐    Immigration detainee

☒    Convicted and sentenced state prisoner
☐    Convicted and sentenced federal prisoner

Page 2 of 9

## II.   DEFENDANT INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint. Make sure that the defendant(s) listed below are identical to those contained in the caption on the first page of the complaint. Attach additional sheets of paper as necessary.*

Defendant 1:   KEY, James
Name (Last, First)

AHCC - SUPERINTENDANT
Current Job Title

11919 Sprague Ave
Current Work Address

Airway Heights,   Washington        99001
County, City                State              Zip Code

Defendant 2:   MASON, DEAN
Name (Last, First)

WCC - SUPERINTENDANT.
Current Job Title

P.O. Box 900 2321 W Dayton Rd - Airport Rd
Current Work Address

Shelton,   Washington    98584
County, City          State        Zip Code

Defendant 3:   WHITE, DAN
Name (Last, First)

MCC, MSU - SUPERINTENDANT
Current Job Title

16700 - 177th Ave SE
Current Work Address

Monroe   Washington    98272
County, City       State        Zip Code

Case NO. 2:22-CV-00828-LK-JRC

### III.    STATEMENT OF CLAIM(S)

*In this section, you must explain what you believe each defendant did to violate your civil rights, and if you know, identify the federal statutory or constitutional right you believe was violated.*

*If you believe the defendant(s) violated your civil rights in more than one way, explain each violation under a different count. For example, if you believe you received constitutionally inadequate medical care and your religious rights were substantially burdened, include one claim under "Count I" (i.e., medical) and the other claim under "Count II" (i.e., religion).*

*Number your paragraphs. For example, in Count I, paragraphs should be numbered 1.1, 1.2, 1.3, etc., and in Count II, paragraphs should be numbered 2.1, 2.2, 2.3, etc. The first two paragraphs of each Count have been numbered for you.*

*If you have more than three counts, attach additional pages and follow the same format for each count.*

*If you attach documents to support the facts of your claim(s), you <u>must</u> specify which portion of the document(s) (i.e., page and paragraph) you are relying on to support the specific fact(s) of your claim(s). <u>If you do not specify the portion of the supporting document(s), the Court may disregard your document(s).</u>*

### COUNT I

*Identify the first right you believe was violated and by whom:*

1.1    8th Amendment   Adequate medical care, Need - Deprivation of medical - Rights guaranteed

*State the <u>facts</u> of your first claim below. Include all the facts you consider important. Be specific about dates, times, locations, and the names of the people involved. Describe exactly what each specific defendant did or failed to do that caused you injury or violated your rights, and include any other facts that show why you believe what happened was wrong. If you need additional space, you may attach extra sheets.*

1.2    On ~~-~~ 08-2021   I request medical care as to Needs & treatment having diabeties, High blood, and heart medications. I have been denied And not given my medications having

sent @ requested for Needs and care/ treatment.
As Plaintiff is to be given proper care @
medical Needs and officials violate proceedures
and that of Adequate care & services. policy 600.025,
600.500,   Rcw. 4.84.020   4.84.260
WAC: 137-28-285   officials Actions put Plaintiff's
health, welfare, safety, in Jeapardy   As to Rcw: 26.44.020(16)
officials are liable & Responsible for their actions &
conduct. violating Plaintiff's  Adequate @ / proper medical
care/ Need  Not getting medications or said
medical necessatities.  having Needs, concerns, issues.
And is Improper medical proceedures & Denial of
the medicaid / medical Act,  & 8th Amendment
for Adequate medical. Estelle v. Gamble, 429 u.s. 97 (1976),
and Farmer v. Brennan, 511 u.s. 825 (1994). having a right
to be free from creul and unusual punishment   & creates
conditions of confinement.   Farmer 511 v.s. 925  114 s. ct (1994)
Guarantee of medical  42 u.s.c  1395 (2) - a & 1375  w-114 (BV) )

State with specificity the *injury, harm, or damages* you believe you suffered as a result of the
events you described above in Count I.  Continue to number your paragraphs.

mental & Emotional Distress.  Diabetic pain,feet,Ankle
deprivation of medical treatment, medications.
left kidney mlarged with pains and complications with out
treatments  Deprivation of rights

CASE NO. 2:22-CV-00828-LK-JRC

## COUNT II

*Identify the second right you believe was violated and by whom:*

2.1    14th Amendment    Equal protection clause
Disregard to medical / grievance remedy, deprivation

*State the facts of your second claim below. Include all the facts you consider important. Be specific about dates, times, locations, and the names of the people involved. Describe exactly what each specific defendant did or failed to do that caused you injury or violated your rights, and include any other facts that show why you believe what happened was wrong. If you need additional space, you may attach extra sheets.*

2.2 Defendant's Did show unfairness and unequal acts
by treating others similarly situated showing
Indifference and it's effects treating others failing to
meet Needs of plaintiff. As to Jett v. Penner 439
f.3d 1091, 1096 (9th cir) RCW: 26.09.009
Policy 630.000, 600.500, 600.050, 600.100,
630.500, 600.025 depriving of rights 18 u.s.c § 242
RCW: 9.91.010 As is unlawful practices & creates
a burden As all equal to belong to citizens
And Intent to willfully deprive violate 14th Amendment
Also see Oltman v. Williams 74 wn.2d 714 446
P.2d 335 RCW: 13.04.030 Helling v. McKinney
509 v.s 25 125 L.Ed 2d 22 113 s. ct 2475
Starr v. Baca 652 f.3d 1202) Brooks v Berg
270 f.Supp. 2d 302, 312) Defendants continue &
to leave Plaintiff without action unto medical

CASE NO. 2:22-cv-00828-LK-JRC

proper medical care and is unconstitutional
As one can not show a Deliberate Indifference
medicaid Act 42 u.s.€§1396 (a)    see [PL Doc.
MG-1]

State with specificity the *injury, harm, or damages* you believe you suffered as a result of the
events you described above in Count II.  Continue to number your paragraphs.

Deprivation of medical care, needs.  Emotional
Distress, pain, negligence of medical care, mental
anguish, irreparable harm

### COUNT III

Identify the third right you believe was violated and by whom:

3.1  14th & 8th Amendment  Due process
Ignoring complaints, Imposing limitations, Deprivation of
Equal rights guaranteed,

State the *facts* of your third claim below.  Include all the facts you consider important.  Be
specific about dates, times, locations, and the names of the people involved.  Describe exactly
what each specific defendant did or failed to do that caused you injury or violated your rights,
and include any other facts that show why you believe what happened was wrong.  If you need
additional space, you may attach extra sheets.

3.2  Defendant's Did deny, neglect & ignore grievance depriving
of grievance policy & right to be heard to address misconduct
and improper acts/ actions.  Plaintiffs filed grievances  7-21-21 -
1-12-22 on or about with No proper response and or
remedy.  As officials can not ignore complaints when such

CASE NO. 2:22-CV-00828-LK-JRC

Issues are made Known. showing Intentional Indifference Such may be considered misconduct under color of law violating RCW: 9A.36.080 C1) And grievance policy 310.100, 550.100 As further an agency may Not violate constitutional provisions. more over, Defendant's acted within Intent to deprive rights & unfairness 18 U.S.C. § 2340) 9A.72.150, WAC: 137-28-285, RCW: 42.20.040 42 U.S.C. § 3601 72-70.010 art IV (e) U.S. V. marlos 173 S.3d 1213 (9th cir) Defendants actions more so caused and causes A burden & hinderance And is unconstitutional to deprive such. 28 clev st. L. Rev 301 (1979) city of cleburn V. Cleburn living ctr. 473 U.S. 432 105 s. ct. 3249 87 L.Ed.2d 313 Further more, As to Due process violations It is stated "Dent v. West Virginia 129 U.S. 114 9 sup ct. 231 14th Amendment. Onto deciding that "No state" SHALL Deny ANY person within it's Jurisdiction the Equal

(See PL pg 8A)

State with specificity the *injury, harm, or damages* you believe you suffered as a result of the events you described above in Count III. Continue to number your paragraphs.

wrong doings leaving in pain, unnecessary need of inflicted diabetic pain, leg pain, cramps, disregard to conditions of confinement, violation of due process/ Needs. Irreparable harm,

Case No. 2:22-cv-00828-LK-JRc

## IV.    RELIEF

*State exactly what you want the Court to do for you. For example, you may be seeking money damages from an individual defendant, you may want the Court to order a defendant to do something or to stop doing something, or you may want both kinds of relief. Make no legal arguments. Cite no cases or statutes.*

Seeking such relief as to all costs unto & with this litigation. And any relief, costs, money, the court deems & finds acceptable. #18-#35,000 for negligence, seeking Adequate medical care/treatment

## V.    SIGNATURE

*By signing this complaint, you represent to the Court that you believe the facts alleged to be true to the best of your knowledge, that you believe those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.*

10-14-2022

Dated

Maurice Brown

Plaintiff's Signature

Case No. 2:22-cv-00828-LK-JRC

Attatched    Additional Claims / Grounds

Defendant's Did violate & show unconcern &
Disregards unto Plaintiff's claim and medical
Needs, Neglecting & Ignoring grievances for
proper medical Needs & care. Such Neglect
and lack of applicable procedures & process,
violates adequate medical care and Is
unreasonable actions.    Not only does it
violate WDOC policy 800.000, 600.500, 600.025
but is unlawful as to 8th Amendment rights
for adequate medical Need being deprived of
fair right.    See Also  [PL DOC-MG-1]

Such deprivation imposes a burden & effects
Daily Activities of Plaintiff further causing
unnecessary pain, suffering, sleeplessness,
Being untreated.    which Defendant's caused
mental & Emotional physical pain & Distress
Not providing medical care/ treatment, which is
against policy & RCW: 72.10.005, 9A.36.080.

Further violating statutes, Regulations, And civil laws,
statutes, And constitutional rights of plaintiff,
As to 8th Amendment.

CASE NO. 2:22-CV-00828-LK-JRC

# Additional Claims / Grounds

Plaintiff's Disregard unto Grievances by Defendant's for medical care, Need & Access violates Plaintiff's right for fairness & Due process; which Plaintiff brings to this respectfully said court for redress of grievances exhausting remedies as to that of PLRA a requirement unto & for remedy.

Defendant's Are liable & responsible to & for their actions, knowingly & Intentionally causing Indifference/ Interference unto plaintiff's requests. RCW: 72.70.010 49.60.030 (2) Estelle 429 u.s. 97 s. ct 285 50 L.Ed. 2d 251 (1979) U.S. v. Raines 327 u.s. 17 25-26 80 s. ct 519 524-25 4 L.Ed. 2d 524 RCW: 9A.80.010

Case No. 2:22-CV-00828-LK-JRC

# Additional Claims / Grounds

Plaintiff's Due process was violated when Defendants failed to adhere & answer said grievances properly ignoring that unto medical Need & care having been documented by medical previously. [see PL DOC- MG.1] And is improper per WDOC policy for grievance proceedure & Remedy, violating further WAC! 137-28-205, 246-919-640,

Due process is more so violated if the retroactive application of a statute deprives of an invested right. Also see, Lynch v. United States 292 U.S. 571, 576-80, 78 L.Ed. 1434 54 S. Ct 840 (1934)

Any official who ignores a complaint violates the 8th Amendment this is well Established see, Morales-Feliciano v. Rullan 378 F.3d 42, 54-55 (1st cir)

15 U.S.C. § 45 (1) allows authorization for civil penalties against those who violate orders and to grant injunctions As appropriate.

12

Case No. 2:22-cv-00828-LK-JRC

## Additional Claims / Grounds

This respectfully said court has subject
matter jurisdiction to these claims
pursuant to 28 U.S.C. § 3626

Defendant's carried out duties acting out in
violation of policies, state laws, statutes &
Regulations. Further treating one
unfairly & Is a act of deliberate Indifference
causing a burden and creating a conditions
of confinement by ignoring reavests &
medical treatment.

more over, violates the Americans w/ Disabilities
Act. 42 U.S.C. § 12101    title II    ADA        As
Defendant's continue to act within disregards
and creates a unjustifiable health risk.
A deprivation from accepted standards.
penal code § 2.02 (2) (C)    Also see,
voisine v. u.s, 579 u.s. 606, 136 s. ct 2272  195
L.Ed.2d 736, 743 (2016)

Defendant's fail and improperly neglect &
deny, Plaintiff's medical, failing to
respond As to such.    Powe v. Ennis 177 f.3d
395, 394 (5th cir 1999)    Plaintiff Tried to
Exhaust by grievances as defendants failed to
respond.    Foulk v. charries 262 f.3d 687, 698)

Case No. 2:22-CV-00828-LK-JRC

# Additional Claims/ Grounds

"Prisoners are Entitled to Adequate medical care & prison officials may be held liable failing to provide such care. Estelle 429 U.S. 97 S. ct 285, 50 L.Ed.2d 251 (1979)    A prisoner must rely on officials to treat their medical Needs. [Id at 429 U.S. at 109]  And since the 8th Amendment is concerned with protecting prisoners from Needless pain & Suffering (which plaintiff suffers  see Pl Doc-mG·1] officials / "defendants are liable under federal law for failing in their duty to prevent the Same. Also see, Bell v. Wolfish, 411 U.S. 520, 99 S. ct 1861, 60 L.Ed.2d 477 (1979)
  Gregg v. Georgia 428 U.S. 153, 173, 183 S. ct 2909, 2925  49 L.Ed.2d 859 (1976)

Plaintiff seeks to recover conduct of defendant's actions by their misconduct causing Intentional Emotional distress as defendants can Not cause distress or threaten mental sanity well being. which defendants clearly did & have shown. Rcw: 49.60.030 (2)   And is unlawful & violative unto Rcw, statutes & federal statue, Regulations.

14

Case No: ~~00828~~
2:22-cv-00828-LK-JRC

Additional Claims / Grounds

Plaintiff seeks relief unto such pursuant to
Rcw! 49.60.030,          42 U.S.C 1983/1985/
1986) & such Authorized by punitive,
Injunction, declaratory And 28 U.S.C § 2283
28 U.S.C. § 2201, 2202, 1331 & 1343 (2) (3)

Plaintiff asks & seeks unto said relif &
for deprivation, denying of medical, All
costs associated by this litigation and
any relief costs this respectfully said
court finds & deems acceptable.
   As  15 U.S.C § 45 (1)        43 U.S.C. § 1229/ (11)
   42 U.S.C. § 1988,      PLRA 1995
Rcw! 49.60.030 (2)      Allows for suit
and Authorizes suit for misconduct
Also see  Swift v. Lewis  901 f.2d 730
(9th cir 1990)        Rcw! 7.24.020,  29.65.020

Defendant's Neglecting health & welfare putting
in Jeapordy  Rcw! 26.44.02 (16)     26.44.020 (12)
& Rcw! 7.24.020     Also see,  U.S. v.
marlof  123 s.3d 1213 )

Respectfully,    Maurice Brown
                 Maurice Brown
                 DAted this 14 day of Oct, 2022

15

Case No. 2:22-cv-00828-LK-JRC

Attaetched

Plaintiff; Has further tried to exhaust remedy
and settle by grievance policies wDOC 550.100 &
310.100     As Defendant's disregarded, ignored &
neglected such complaints   more over the fact
medical Knew of medical issues & concerns, needs.
Thus reason for said complaint of civil rights /
litigation.

Article VII E 1    As unto such;    Provides that if a
grievance CANNot be amicable settled in accordance
with the out lined procedures, the grievance may be
submitted to arbitration, Arbitration is the Exclusive
remedy_    Article VIII E 10   specifically &
Expressly provides that litigation or other contest
of the subject matter of the grievance in any court or
other available.   Forum shall constitute an election
of remedies_'' A grievance is narrowly defined
Article VII B as a claim by any that terms /
policies. And so forth have been violated or that
a dispute exists concerning proper application.

16

Case No. 2:22-cv-00828-LK-JRC

Defendants / officials should : Are to Act :
operate in a Efficient : Effective manner
per RCW: 43.19.003, 4.16.080 (3)
49.60.180, 92.80.010, 49.60.210,
As to unfavorable : uneqval acts of Defendants.

Defendants actions of denying : hindering
medical : grievances is improper not only
violating policy, But state : federal laws,
rules, statutes : Regulations at the same
time giving rise to interference : Intentional
Indifference. As a agencies Regulations CANNOT
Legitimize violation of constitutional statutory
rights, see, u.s. v. marlof 173 f.3d 1213
(9th cir) 8th Amendment.

more over, officials who ignore a complaint
see [P L DOC - MG.1] violate the 8th
Amendment this is well : clearly Established.
Also see, morales-Feliciano v. Rullan 378 f.3d
42, 54-55 (1st cir)           18 u.s.c. § 3626
28 u.s.c. § 1246          u.s. v. karr 926 f.2d
1138)        Pawe v. Ennis 177 f.3d u.s. Appl.)
watson v. carter 668 f.3d 1108, 1114)

Case No. 2:22-cv-00828-LK-JRC

Purpose of a grievance is to make officials aware of issues, misconduct to seek remedy unto & by officials. As to prisoners unto policy 550.100, 310.100, 100.500 WAC: 137-28-285 Also see purpose of Grievances <u>Johnson v. Johnson</u> 385 f.3d 503, 522 (5th cir) <u>U.S. v. Powell</u> 564 f.2d 256 98 1449, 1435 U.S. 904 55, 61 142 ) <u>Brodheim v. Cry</u> 584 f.3d 1262, 1296 )

Defendant's violated such As to Due Process Imposing limitations & Depriving Plaintiff the equal protection of policies & laws. Rcw: 72.01.060, 43.01.125 Also see; <u>Dent v. West virginia</u> 129 U.S. 114, 9 sup ct. 231 the 14th Amendment of the constitution, In deciding that "No state" shall deny ANY person within it's Jursidiction the equal protection of the law; "which defendants Plainly & clearly did." cause limitations upon the exercise of all the powers of the state, which can touch the individual or his/her property. * whatever the state may do It CANNot deprive anyone within It's Juridiction the equal protection of the laws. And Equal Protection of the laws is meant "Equal security" under them to everyone under similar terms. ( the prevention from wrongs & like Circumstances, Due Process) <u>windsor v. Mcveigh</u> 93 U.S. 274, 277) <u>Helling v. Mckinney</u> 509 U.S. 25 125 L.Ed.2d 22 113 s. ct. 2475 )

18

Case No. 2:22-CV-00828-LK-JRC

Defendants Actions cause Emotional Distress creating a conditions of confinement   Section 14   Also see, Farmer v. Brennan   511 u.s. 825, 832 114 S. ct 1970 128 L.Ed.2d 811 (1994)   Kelly v. mcGinnis 899 f.2d 612 616-17 (7th cir 1990)   Kumar v. Gate Gourvet Inc. 180 wn. 2d 481

Defendants facts of the failure to consider factors in favor of response establishes cruel & Infliction of pain   Prohibited by 8th Amendment   Farmer 511 u.s. 825 114 S. ct (1994)
Beers - capitol v. whetzel 256 f.3d at 133
Carnell v. Grimm 872 f.supp. 746 755 (9th cir)

Plaintiff further Adds conclusion unto these sanctions being totally without penological Justification that it Results in Gratuidious suffering   Gregg v. Georgia 428 u.s. 153, 173, 183 s. ct 2909 2925 49 L.Ed 2d 859 (1976)

19

Case No. 2:22-CV-00828-LK-JRC

Defendant(s) Are liable & such litigation is proper
As to Defendants deprivation of civil rights to
Plaintiff; Liable & causes, see Act 42 u.s.c. §
1981-88  The first which 42 u.s.c. § 1983 reads in
part. Every person who under color Any statute,
ordinance, regulation, custom or usage of Any state or
Territory, subjects or causes to be subjected Any
citizen of the United States... To the Deprivation of Any
Rights, privileges or immunity secured by the constitution
& Laws. Shall be liable to the party [Plaintiff]
injured in an action at law. "Defendants ignoring &
neglecting medical needs & care/ Grievances." Plaintiff
unto suit allowed by actions & for proper proceeding
for action/ suit/ claim.   Jeff v. Penner 439
f.3d 1091, 1096 (9th cir)   [PL Doc mG.1]
Lewis v. Washington 300 f.3d 829, 833)
Hafer v. malo 502 U.S. 21 116 L.Ed.2d 301, 112
S. ct 358)   Washington v. udall 417 f.2d
1310 1314 (9th cir)


Plaintiff seeks & Asks for relief as to such & that
stated on pg 15 And that of proper & Adequate
medical care, or release, & 25,000 As
Defendants did & caused deprivation, limitation &
Emotional distress & pain & suffering.

20

Case NO. 2:22-cv-00828-LK-JRC

Plaintiff properly & Respectfully Ask for said relief
and for redress, this court having subject matter
Jurisdiction to honor & correct such matters & Errors,
Negligence of & by Defendants.    As Defendants
violate further unto   18 U.S.C. § 2340      18 U.S.C. §
242    As such suit is Authorized per state &
federal, civil rights.

Respectfully    submitted : Maurice A. Brown

        this __14__ day of October 2022

DB 21

Case No. 2:22-CV-00828-LK-JRC

PL DOC PG 8A

Protection of the law, Imposes a limitation upon the exercise of all the powers of the state which can touch the individual or his/her property. * whatever The State may do it _CANNOT_ deprive anyone within its jurisdiction the equal protection of the laws. And equal protection of the law is meant "equal security" under them to everyone under similar terms & the prevention from wrongs & like circumstances Due process,.

Also see, windsor v mcveigh 93 u.s. 274, 277 Batsotin v Hale, Havey v Elliot Helling v mckinney 509 us 25 125 L.Ed.2d 22 113 s. ct 2475 Rcw. 72.01.060, 43.01.125

Defendant's Are Responsible And did deprive rights of plaintiff.

Plaintiff Asking & Seeking Relief unto such denial unto Grievances & proper/ Adequate medical which statute And policies Allow seeking relief unto & by the injury's of suffering & neglect, cruel & unusual punishment. Plaintiff Respectfully asks; the This court to declare that which is unconstitutional & for all costs, Declaratory, punitive, Injunctive. As to to that as to 28 u.s.c § 2283 PLRA 1995 As such burdens are unconstitutional.

22

On a returned medical kite of 08-26-2022,
I was informed by LPN L. Ryder that she had
had all my medication from AHcc have arrived
at that IMU property of MCC and that a Am
Seargent will issue them to me the following
08-27-2022 morning, I will not recieved them.
On grievance No. 22763030 of my not recieving
any 08-29-2022 am medications, As I will not
recieve KOP's nor all medication until Approx-
imately. 09-17-2022 of MCC, MSU, Grievance
    accepted on 09-16-2022 by Resolutionist-
Stenole.

Attachedment from Page #1 on DEFENDANTs
Attached from Pg. #1

#4. Superintendant of MCC, MSU - DAN WHITE / 11.) J. Michaelis of AHcc Resolutionist

#5. CSll of WCC, Allenbauh. martin

#6. CSll of WCC, Amber Roberts

#7. LPN L. Ryder of MCC, IMU

#8. Grievance Resolutionist of AHcc J. Opatz

#9. CSll Bouscher of AHcc

#10. Patrick Strand of AHcc resolutionist

23

On an MCC, MSU response grievance No. 22763030 dated 10/13/2022 by CS2 L. Stemler stating that I was without my Jardiance diabetic medication and my Atorvastatin for 2 or 3 days and that MODA issuing of these medications was in effect and I will recieve all medication on the 29 day of 08, 2022, I will not recieve this meds of 08-29-2022 nor will I get my KOP meds from on 09-02-2022, I will recieve my AHCC medication on about 9/18/2022 from MSU medical department.

Sometime in the months August through December 2019 of the Seattle King County jail while incarcerated there toxic tapp water I was drank while during my stay in there infirmary where the facility needed to hand out bottled water. Sometime during the months of Feb through

december 2020 I was drinking toxic running water while in the Sam unit of MRJC-Regional Justice center Jail where they had to give us bottle water.

During the months of Sept 2021 and through off and on through the months of April 2022 I was Drinking toxic water in the R-B unit N-unit and the Gym and T-units where the AHCC facility will supply us off and on bottled water, where I am several at

24

Case No. 2:22-cv-00828-LK-JRC

times sick, filing complaints on chest pains, mygrains with flu like simptoms at this Airway Hights facility, I believe that these 3 different facility may have played a role in my having kidney concers, and further more will answer the facts of why it was extreamly difficult to seek help from the Ahcc medical Staff, and where it would take ombuds to step in to secure extreamly needed medical help and diagnosis from out side of Ahcc medical.

OTHER ADDRESSES AHCC P.O. BOX 2049 Airway Hights 99001. washington correctional center P.O BOX 900 shelton, wa 98584.

Maurice Brown

Dated this 16 day of October, 2022

## MEDICAL NEGLIGENCE, MALPRACTICE

This letter speaks of a brief discription of the medical neglect on the part of washington state DOC. Department of corrections and or it's filiated Facilities. WCC, AHCC & MCC-MSU, where on 07/09/2021 I've arrived at WCC with my personal c-pap machine, I'm put in R-1 unit for covid monitoring with other cell mates, writing grievance in fear of catching covid and for being denied my personal c-pap machine for the ten days I'm there, next I'm transferred to R-3 unit for over another ten days or so with out my c-pap and again with other inmates, writing more grievances for again being without my c-pap and sharing rooms with other covid inmates where in both R-1 & R-3 units I will need to call medical emergencies on shortness of breath, chest pains and severe soar throught for what I beleive being denied my c-pap, over wieght and possible having catching covid. Grievances and medical kites came back with 3 different staff members given several different reasons to why they kept my c-pap machine and that Head Quarters were responsible for where I'm housed, And that there were no plug inn for my machine, that my machine may have had an air born virus, and that I needed a sleep study done prior to getting my machine back,

At this very same WCC facility during my intake medical exam a Doctor. Rodakoski informed me of my having some issues with my kidneys but that it's nothing to worrie about, Prior to leaving DR. Rodakoski office he informed me that I should think about getting a last will intestment.

1 of 8

MEDICAL NEGLIGENCE, MALPRACTICE

On or about 08/10/2021 I arrived at Airway Hights correctional center-AHCC where on 08-13-2021 a co-correctional officer stoped me on the way to lunch after my have just takened a large dose of insulene and informed me that i'm to returned to my unit, After explaining to him of taking insulene and needing to eat he'd informed me that I will not be eating and to return to my R-Bunk,

I'd informed the cus of my unit and wrote a kite to the captain whomed informed me after a couple of weeks of not being abled to locate this particular co and the grievances that follow will not be answered, then answered for rewrite and denied for being late, I'm writting grievances in this same aug 2021 month for fear of covid threw men to the R-B 50 housing im in, I wrote grievance in late August or early sept 2021 for a nurse comming to my R-B 50 Housing forcing me to sign a form I'd refused several times to not wanting to sign it, wrote on the form I did not agree with it of relearing AHCC of responsibilities when it came to my organs and organ failure for not taking my insulene as it reads (From this point on I'd kept my A-1c at a 7.8 and below with diet and excercise after that August, 2022 month refusing verblely and by kite I will never take insulene agan while in the custody of D O C as there were a different incident where a co would not allow me to take, or go to my insulene call out while the investigation on the co that did not

2 of 8

allow me to eat was allegedly still in progress, And the only other incident with an insulene issue was in the King county RJC Jail where a nurse gave me 72 units of fast acting insulene almost costing me my life when it should have been slow acting insulene to last an entire day.

Now here in the months of sept, oct, Nov, and 2021, on I've been sending in medical kites, filing medical emergency's, emergency grivances on severe kidney pains with some return kites and kites and grievance un-answered all in the months of September - January 2021, 2022 of this January, these grievances and medical emergencys grievancies included AHcc denied me all my medication for Heart failure, diabetes, High Blood Pressure and other serious medical need where for over a month AHcc Jan - Feb 2022 refused to supply me with my blood presure medications, causing me to call an medical emergency on the night of 10/14/22 of R-A Unit around 10pm for severe mygrains, chest pains & nasea nurses came and check vitals several times showing High blood pressure each time the taller slim nurse, leading nurse informed the two

3 of 8

correctional officers on duty to put me back in my cell
once I refused this same nurse instructed the co's to put
me in isolation — the hole for refusing to cell in, This nurse
took me to medical check my blood sugar three more
times and the last time she informed the co's my blood
pressure was good and to put me in the hole, The very
next morning a nurse came to the hole and checked my
blood pressure that read High, the C U S of R-unit
came and pulled me out the hole, stating that I did not
suppose to be there, and had me takened out the
hole later that same or next day.
The Grievance coordinators — Tim Taylor - responded to me
on 02-28-2022 case being resolved on recieving my
medications, on 03/18/2022 Tim Taylor response to my
appeal on the 02/23/2022 was grievance being reviewed
at level one on not recieving my meds, being sick and
thrown in the hole. on about 09-2022 I'm takened
to an out side C T - scan on my Kidneys for the severe
Kidney pains and informed that I did not have Kidney
Stones by the Doctor that ordered the scanning to
be done at this Spokan Hospital, J michaelis RN C52
responded on 10-21-21 grievance that appeal paper

Case No. 2:22-CV-00828-LK-~~RJC~~ JRC

Work was being prepared.

On Grievance number 21737124, RN3 c52 Jaci Michaelis Responded addressing four issues dating 09/28/2021, where each and every one of these issues will be ongoing from that point, particularly, J. Michaelis stated that I am resposible for my on health in feeding my self after taking insulene that my Kidney test was given shown I have no Kidney stones. and that I controlls the intake of my own medications, I was not recieving + as well as other issues.

On grievance number 21737124 Same as above, Resolution Specialist Patrick Strand responded on 10/29/2021 level B 11 informing me of health mGR Mc Intyre investigation, And the time I'd meet with mc Intyre on Jan 11, 2022 where he have verbilely addreesed almost every issue I'm having and the up coming appointments, This grievance included a Oct 26, 2021 appoint I allegedly did not show, However that appointment amount others will be cancelled on the very day on the appointment day; It informed me that I wrote to many medical Kites in a short period of time.

Tim Taylor responded on Grievance No. 22749693 of 04/07/22 at a level B of my being denied medication for serious medical needs, where I explained were as of life threatening and that being denied my c-pap machine in addition for two months I felt was ~~life~~ wrong and on purpose.

5 of 8

On an emergency grievance response from J. Opatz RN2 undated and with out a grievance No, on my concerns I dated 07/05/2022 of Kidney pains as severe and medications being with held for over two weeks again for serious medical needs all with out any responses to the several medical requests.

On 07/07/2022 I recieved a reponse from resolutionist - J. Opatz on my 07/06/2022 emergency grievance for severe Kidney pains with pressure and bloating in my left side, stating that labs & tests have been reviewed with me, And that they do not feel that I have a threat to life or health.

On 07-07-2022 Resolutionist - J. Opatz response on my Emergency grievance of 07-07-2022 with out grievance No. stating that it is not concider and emergency on life or health going with out my medications, on heart failure, diabetes, High blood Pressure, and that my medications has just made it in, But needed to be checked in before I can recievle.

On or about 08-18-2022 a Attec provider came to my R-B unit and in a room next to the Seargents Office informed me that my CT-Scan came back from a few week prior shown that a tumor I'd, unknowingly had a year ago on my Kidney has turned cancer - and that an appointment will be set up for a specialist today is 10-08-2022 and I have yet to see a specialist on

My kidney issues.

On 08-25-2022 early morning I'm transfered to MCC,IMU arriving on the 08-26-2022 with out any of my medications withheld by AHCC along with over 7,000 pages of legal materials with dead lines and all other personal items, The AHCC CO that morning Prior to AHY leaving took my meds before leaving R-B Unit, then gave them right back where at intake right before loading the bus the medications were confescated, where in the hole here at MCC, IMU I will get partial medications that was available ; And despite of a medical return kete from MCC, IMU nurse of her assuring me I will recreive my AHCC meds by 08-28-2022, I will not recreive all medications and OR AHCC medications ~~until~~ until 09-17-2022 approximately.

I'm informed by provider- Bow here in MCC, MSU that she'd revirewed my charts and that it do appear that I have cancer of the kidneys and that my appointment is pushed out. In the week of 09-24-2022 Provider- Bow informed me of my needing to take a urine test, and on the spot Ms, Bow will have available medication for what she'd informed me was for an infection and High sugars levels in my urine, and mentioned about me needing to take insulene. I felt and fill something super Horrible is going on. In the week of 10-01-2022 a New provider here in MCC,MSU informed me I did not need a second opion on the sugar level in my urine and my needing insulene as this provider- Askia Davis has also informed me of needing, where I have

Just filed an emergency grievance 3 days prior from being tested a 2nd time here in MCC/MSU medical where they said my urine levels show high sugar levels. In this emergency grievance I informed them of needing outside options and testing, I also ask to check my own sugar level requesting a Glucos meter for the third time which again I'm denied, along with the emergency grievance.

I am in great fear of loosing my life to this Kidney cancer I know was hiddened from me, that AHCC was doing everything not to provide me Medical attentions, The medications that I was begging for, not to mention all this time of taking large doses of insulene for two of the years of being incarcerated and the next year and a half I controlled it on oral medications, diet and exercise

However even while suffering from covid on my 01-19-1967 Birth date in the N-A unit of AHCC they held back my medications and brough me insulene, I'd refused, I felt there is great ill will in negligence to cause me a bodily harm that has mentally fucked me up, I am asking for help in a matter that is Vertually out of my controll as I am incarcerated, needing DOC to sustain life.

Print: Maurice a. Brown
Sign: Maurice a. Brown
Dated - 10 - 14 - 2022

DAMAGES AND DEMANDS

Case No. 2:22-cv-00828-LK-JRC

10-14-2022

Maurice Brown

Sense my 07-09-2021 entry into the Department
of Corrections up until this 10-14-2022 day. I have been
medically deprived, mistreated causing me physical and
extreamly emotional distress, that was infact preventable,
where through multiple medical kites, grievances, emergency's
grievance and medical calls, crying out for help as I suffered
from servere kidney pains, chest and breathing issue's,
extream mygrains from being denied medications for
serious health needs for weeks and months at a time, being
denied my personal c-pap machine, flat out denied medical
emergency's for seriouse illnesses and severe pain, forced
to sign documents releaving AHCC of all responsibilities
when it came to my organs and organs failures, catching
covid against my well and request to a single man room,
I've been restricted from eating after taking a large
dose of insulene, I've been restrict from taking insulene,
I am denied out side DOC medical attention and
test needing ombuds assistances, learning of a year
old ~~kidney~~ unknown kidney tumor on my right kidney,
appearing to now be cancer with a water is blister
attatched to it, where in 08/2021 ER found the left
kidney lesion from a ct scan but ruled that no
further follow up was necessary, (I was only told that
there was a spot showing by provider-Rodaskoski of WCC)
But that I should concider getting a last

1 of 2

DAMAGES AND DEMANDS
CASE NO. 2:22-CV-00828-LK-JRC

Will intestment, and I will be ask to leave his WCC office prior to his completing my 07/2021 medical exam on me there at the WCC Shelton facility.

If I am to put a number on Damages, And I will, I will ask that what would the person or persons responsible, at fault for these cruel and unusual treatments, punishments do to avoid posibly loosing there lives, and or what amount of money they would ask for, or is it better not to suffer, not to be termally illed.

As I fill there is no money amount that can be put on cruelty or the value of life, I will ask for one million dollars $1,000,000 per every month I've spent in the Department of corrections - AHCC, WCC and here at MCC-MSU, And X 3 for any and all future medical visits, Hospitalizations. And for lack of care, for the denial of care I in addition ask that the Spectro staff, MGR McIntyre of AHCC be replaced immediately, RN CSll Boischer is fired, the nurse on the Feb 14, 2022 fired, the nurse that forced the Aug, 2021 Signature have some refreshment in teaming, and managements of AHCC be investgated by out side the DOC. Invesetgators or Federally invesetgated. WCC - CSll Amber Roberts needs completely Retrained Provider, Roda Koski needs to be suspended until a full and complete out side investgation is completed on him, The Superintendent of all three faciltues needs to do re-evaluation and investigation of staff CO's and medical.

2 of 2

On complaint form No. 21735906 of the Dept
of D O C - wcc-shelton facility, response grievance
from cs11 amber Roberts dated 07-30-2021, where
on this actual grievance it spoke on a return med-
ical kite from amber Roberts stating to me that
being with out my c-pap for a couple of week was not
going to kill me, Ms. Roberts further stated to me

that I was housed in R-1 after R-3 Because of
separate policy,
a keep away from someone else inmate - Booker
whom him and I had disagreements with covid concerns
but no comfrontations,
on grievance No. 21735463 return by Amber Roberts on 07/28/21
stating Housing is only done by HQ because of a classification
act. IN the early months of 2022 counsler Ande called me
in to his AHCC office of R-B unit on a confrence call
from a wcc Representitive asking me how I wanted to
resolve the issue's in the grivance I have during my stay
there at WCC, I'd informed her - wcc staff that my grievance
spoke of Amber Roberts and other being Completely Retrained
and that I should be finically Compensated, The WCC
grievance also spoke of my being better treated medically,
that I be transferred to a facility that will better equiped
to treat me for my medical conditions. This will not be done.

of WCC
facility

I arrived at WCC on or about 07-09-2021 where on 07-28-2021, I filed a grievance, No. 21735903 for WCC not allowing me my personal C-PAP machine. in my R-3 G1 unit where I'm housed, I will call for medical emergencies for shortness of breath, chest pains & extreamly soar throat, on 07-30-2021 CSII → Roberts response was that I will be moved to a diffrent location where I will receive my C-PAP with a plug in location, as I was without one, Ms. Roberts furthered stated that they appreciate my patience of going with out it in the last few weeks.

On grievance No. 21735462 of WCC CSII - Roberts informed me on 03-07-2022 while at AHCC ~~that~~ I may appeal a decision, ~~that~~ But a Martin Allenbaugh of WCC - CSII, said that my C-PAP could not be delivered because of a sleep study needing to be done by ~~stating there records show is being~~ 07-20-2021.

AS indicated on grievance form No. 21735462 on returned date 04-14-2022 that I will not need the sleep study and will recieved my C-PAP,

However after the 10 day covid correntine of R-3 unit of WCC I will be transferred to R-1 unit for another 10 or 90 days, During this time Nurse Roberts - CSII informed me that being with out my C-PAP for a few weeks is not going to kill me.

2 of 4

Case No 272-cv-00828-LK-JRC

Facility
WCC

R-1 unit on 08-25-2021 of Wcc on grievance No. 21736259
CSII Allenbaugh response to my ~~now to my~~ Not recieving
my personal c-pap machine, now in R-6 Unit where
the issues with recieving my medications will cause
me to call a medical emergency. as instructed to be
takened to medical to recieve medications.

on a 07-26-2021 response to grievance No. 21735463
CSII - Roberts informed me that Head Quarter is respon-
Sible for housing placement in my concerns on being hooed
with unvacinated inmates, that in fact informed me of
not believing in It's ability to Harm anyone, but that
Wcc has no Jurisditions on where Inmates are housed,
so in my grievance to not being allowed to have my
C-Pap allegedly because of outlets are not available, And
I am moved From R-3 unit-covid 10 day monitoring
with no plug in outlet, to R-1 Unit for addition 10 or so
days with no outlets for my C-pap, I am having issues
breathing, chest pains, agan having to see medical help,
medical emergencies, on grievance number. 21735906
CSII Roberts wrote that Hsm-1 carlson have
arranged for me to be moved to R-6 where I can
Plug in my C-pap machine that they will let me have.
on 07-30-2021, I will not see this machine on this date

3 of 4

Facility
Wcc

During my one month stay at Wcc-Shelton Four medical emergencies, three for complication in breathing, chest pains and soar throats, an lack of medications. I am given three different reasons by four different Wcc staff as to why my c-pap machine was kept away from me, on or about 04-2022 counsler-RUDE OF AHcc called me in to his office where a representive from Wcc spoke with about concern in resolving the issues at my grievances I'd filed there in regaurds to my c-pap being kept away from me, this female representive informed me that in fact

When I was transferred from R-3 I should have been transferred to a unit where I could have used my personal c-pap machine but that she did not have any answers to why they would do that.

These unprovoked act against me has caused me physical and emotional harm and despite of the medical emergencies numerous kite's and medical kites I will not recieve my c-pap, I will not be transferred to a suitable unit to used the c-pap, nor to accomidate the issues I was having with my knees and ankles with the every day stairs I was forced to climb. there were grievance I filed at AHcc as to a co-Richardson performing unauthorized room searches on me, and removing grievance and legal mail have will never get back.

Maurice Brown
10-14-2022

4 of 4