1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MAURICE ANTHONY BROWN,

                   Plaintiff,

     v.

JACI MICHAELIS, *et al.*,

                  Defendants.

CASE NO. 2:22-cv-00828-LK-GJL

PRETRIAL SCHEDULING ORDER

15       This is a civil rights action brought pursuant to 42 U.S.C. § 1983. Defendants have now

16 filed an Answer to Plaintiff's Second Amended Complaint. Accordingly, the Court hereby

17 establishes the following pretrial schedule:

18       (1)    <u>Discovery</u>

19       All discovery shall be completed by **May 6, 2024.** Service of responses to interrogatories

20 and to requests to produce, and the taking of depositions, shall be completed by this date.

21 Federal Rule of Civil Procedure 33(a) requires answers or objections to be served within thirty

22 (30) days after service of the interrogatories. The serving party, therefore, must serve his/her

23 discovery requests at least thirty (30) days before the deadline in order to allow the other party

24

PRETRIAL SCHEDULING ORDER - 1

1    time to answer. Discovery requests must be served directly on the opposing party's counsel by

2    mail.

3             (2)      Motion to Compel to Discovery

4             Any motion to compel discovery shall be filed not later than **April 15, 2024**. Before

5    filing a discovery motion, the parties must confer and attempt to resolve their differences. A

6    good faith effort to confer with a party or person not making a disclosure or discovery requires a

7    face-to-face meeting or a telephone conference. If unable to resolve their differences, the party

8    filing the discovery motion must, either within the motion to compel or in a separate affidavit

9    attached to the motion to compel, list the date, manner, and participants to the conference. If the

10   moving party fails to include such a certification, the court may deny the motion without

11   addressing the merits of the dispute. *See* Fed. R. Civ. P. 37 and LCR 37(a)(1).

12            The motion to compel must: (1) list the matters on which the parties were unable to

13   agree; (2) identify the nature and relevance of the documents and materials sought; (3) list the

14   reason(s) why the mandatory initial disclosures were inadequate; and, (4) explain why the

15   discovery sought is proportional to the needs of the case, considering the importance of the

16   issues at stake in the action, the amount in controversy, the parties' relative access to relevant

17   information, the parties' resources, the importance of the discovery in resolving the issues, and

18   whether the burden or expense of the proposed discovery outweighs its likely benefit.

19            (3)      Dispositive Motions

20            Any dispositive motion shall be filed and served by **June 5, 2024.** Pursuant to LCR 7(b),

21   any argument being offered in support of a motion shall be submitted as a part of the motion

22   itself and not in a separate document. The motion shall include in its caption (immediately below

23   the title of the motion) a designation of the date the motion is to be noted for consideration upon

24

PRETRIAL SCHEDULING ORDER - 2

1   the Court's motion calendar. Dispositive motions shall be noted for consideration on a date no

2   earlier than the fourth Friday following filing and service of the motion.

3          All briefs and affidavits in opposition to any motion shall be filed and served pursuant to

4   the requirements of Rule 7 of the Federal Rules of Civil Procedure and LCR 7. The party making

5   a motion may file and serve a reply to the opposing party's briefs and affidavits. Any reply brief

6   shall also be filed and served pursuant to the requirements of Rule 7 of the Federal Rules of Civil

7   Procedure and LCR 7.

8          Defendants are reminded that they **MUST** serve a *Rand* notice, in a separate document,

9   concurrently with motions to dismiss and motions for summary judgment so that *pro se* plaintiffs

10  will have fair, timely and adequate notice of what is required of them in order to oppose those

11  motions. *Woods v. Carey*, 684 F.3d 934, 941 (9th Cir. 2012). The Ninth Circuit has set forth

12  model language for such notices:

13          A motion for summary judgment under Rule 56 of the Federal Rules of Civil
            Procedure will, if granted, end your case.

14

15          Rule 56 tells you what you must do in order to oppose a motion for summary
            judgment. Generally, summary judgment must be granted when there is no genuine
            issue of material fact – that is, if there is no real dispute about any fact that would

16          affect the result of your case, the party who asked for summary judgment is entitled
            to judgment as a matter of law, which will end your case. When a party you are suing

17          makes a motion for summary judgment that is properly supported by declarations (or
            other sworn testimony), you cannot simply rely on what your complaint says.

18          Instead, **you must set out specific facts in declarations, depositions, answers to
            interrogatories, or authenticated documents, as provided in Rule 56(e), that

19          contradict the facts shown in the defendant's declarations and documents and
            show that there is a genuine issue of material fact for trial. If you do not submit

20          your own evidence in opposition, summary judgment, if appropriate, may be
            entered against you. If summary judgment is granted, your case will be

21          dismissed and there will be no trial.**

22

23

24

PRETRIAL SCHEDULING ORDER - 3

1    *Rand v. Rowland*, 154 F.3d 952, 963 (9th Cir. 1998) (emphasis added). Defendants who fail to

2    file and serve the required *Rand* notice on the plaintiff(s) may have their motion stricken from

3    the Court's calendar with leave to re-file.

4              (4)      Trial, Joint Pretrial Statement, and Expert Disclosures

5              A trial date and deadlines for serving expert disclosures and filing a Joint Pretrial

6    Statement may be established at a later date pending the outcome of any dispositive motions.

7              (5)      Proof of Service and Sanctions

8              All motions, pretrial statements, and other filings shall be accompanied by proof that

9    such documents have been served upon counsel for the opposing party or upon any party acting

10   *pro se.* The proof of service shall show the day and manner of service and may be by written

11   acknowledgment of service, by certificate of a member of the bar of this Court, by affidavit of

12   the person who served the papers, or by any other proof satisfactory to the Court. Prisoners

13   subject to the Court's Mandatory E-Filing Project may comply with this requirement by

14   certifying as to the date the document(s) is handed to the law librarian for scanning. Failure to

15   comply with the provisions of the Order can result in dismissal/default judgment or other

16   appropriate sanctions.

17             (6)      Extensions

18             The deadlines contained in this Order are firm and will not be extended by the Court

19   except upon application to the Court with a showing of good cause.

20             (7)      Address

21             The parties are to promptly update the Court with any change of address or other contact

22   information.

23

24

PRETRIAL SCHEDULING ORDER - 4

(8)     Consent to a U.S. Magistrate Judge

The parties have the right to consent to assignment of this case to a full time United

States Magistrate Judge, pursuant to 28 U.S.C. § 636(c) and Local Rule MJR 13, to conduct all

proceedings. The Western District of Washington assigns a wide range of cases to Magistrate

Judges. The Magistrate Judges of this District thus have significant experience in all types of

civil matters filed in our court. Additional information about our district's Magistrate Judges can

be found at www.wawd.uscourts.gov. If the parties wish to have the Honorable Magistrate Judge

Grady J. Leupold conduct all proceedings including trial and the entry of judgment, the parties

shall file a joint status report indicating that all parties consent. If any party does not consent, the

parties should not provide any filing to the Court.

(9)     Instructions to Clerk

The Clerk of Court is directed to send a copy of this Order to Plaintiff and to counsel for

Defendants.

Dated this 8th day of January, 2024.

Grady J. Leupold
United States Magistrate Judge

PRETRIAL SCHEDULING ORDER - 5